UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS WILLIAM MINGUSKE,

        Defendant.
_____/

Case No. 1:06:CR:118

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 26, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Thomas William Minguske's plea of guilty to Count One of the Information is accepted. Defendant Thomas William Minguske is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: June 12, 2006                                                     /s/ Gordon J. Quist
                                                                                    GORDON J. QUIST
                                                                       UNITED STATES DISTRICT JUDGE